1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile: (559) 256-9798
4
   Attorney for Defendant
5  ORALIA BARAJAS TORRES

FILED

2005 MAY 23   P 3: 04

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
         DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-03-5436 AWI |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| VIRGINIA RAMOS, ORALIA BARAJAS TORRES, and JOSE BARAJAS-TORRES | |
| Defendants. | |

Good cause appearing, it is hereby ordered that the passport of defendant Oralia Barajas Torres be released by the Clerk of the Eastern District to attorney Katherine Hart, and that the property bond posted to secure the appearance of Oralia Barajas Torres be released by the United States Clerk's Office, and that the trust deed of such property bond be reconveyed to the owner of the property posted to secure defendant Oralia Barajas Torres's appearance.

DATED: May 27 2004

_____
ANTHONY W. ISHII, JUDGE OF THE
EASTERN DISTRICT

1